STATE, *ex rel.* FRED W. HOSEA *v.* W. V. KNOTT, State Treasurer and *ex officio* Insurance Commissioner

156 So. 925.

Order entered August 10, 1934.

*Robert J. Boone,* for Relator;

*Cary D. Landis,* Attorney General, and *Robert J. Pleus,* Assistant, for Respondent.

PER CURIAM.—This cause coming on to be heard upon respondent's motion to quash the alternative writ of mandamus herein, upon consideration thereof it is ordered and adjudged that said motion to quash the alternative writ of mandamus herein be and the same is hereby denied.

DAVIS, C. J., and WHITFIELD, BROWN and BUFORD, J. J., concur.